IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 4:20CR40005-001 |
| | ) | |
| RUSSELL EUGENE STIGER | ) | |

### FINAL ORDER OF FORFEITURE

On October 20, 2021, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed. R. Crim. P. 32.2(b). (Doc. 32). In the Preliminary Order of Forfeiture, a Clerke Technicorp, model Clerke 1st, .32 caliber revolver, serial number 915553 and any ammunition, was forfeited to the United States pursuant to Title 18 U.S.C. § 924(d) and Title 28 U.S.C. § 2461(c).

The United States was required to publish notice of this order pursuant to Fed. R. Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On November 30, 2021, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. The deadline for filing claims was December 25, 2021. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on October 20, 2021, shall become final at this time.

IT IS SO ORDERED this 9th day of March, 2022.

HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE